**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 11, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00656-CV

---

### IN RE STEVEN HOTZE M.D., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-18494**

---

## MEMORANDUM OPINION

On September 9, 2022, relator Steven Hotze M.D. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to withdraw an order granting a motion to compel net worth discovery from Steven Hotze and issue a mandate upholding his objections to the discovery request.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Poissant.